1  MICHAEL L. CHARLSON (SBN 122125)
   mcharlson@velaw.com
2  VINSON & ELKINS LLP
   525 Market Street, Suite 2750
3  San Francisco, California 94105-2763
   Telephone: (415) 979-6900
4  Facsimile: (415) 651-8786

5  Attorney for Defendant
   DRAGON ESP, LTD.

7  DOUGLAS J. CHERMAK (SBN 233382)
   doug@lozeaudrury.com
8  LOZEAU DRURY LLP
   410 12th Street, Suite 250
9  Oakland, California 94607
   Telephone: (510) 836-4200
10 Facsimile: (513) 836-4205

11 Attorney for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>               Plaintiff,<br><br>   vs.<br><br>DRAGON ESP LTD., a corporation,<br><br>               Defendant. | Case No. 2:14-CV-01380-TLN-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR SUBMISSION OF JOINT STATUS REPORT**<br><br>Assigned to: District Judge Troy L. Nunley |

      Plaintiff California Sportfishing and Protection Alliance ("CSPA") and Defendant Dragon Products ESP, Ltd. ("Dragon") (together, the "Parties"), through their respective counsel of record, hereby stipulate to, and seek the Court's approval of, an order extending time to submit the joint status report contemplated by Paragraph 4 of the Court's June 9, 2014 Order Requiring Joint Status Report (the "June 9 Order"). The June 9 Order directs the Parties to submit a joint status report

-1-
STIP AND ORDER EXTENDING TIME FOR SUBMISSION OF JOINT STATUS REPORT; CASE NO.: 2:14-CV-01380-TLN-AC

1  within 60 days of service of CSPA's Complaint for Declaratory and Injunctive Relief and Civil

2  Penalties (the "Complaint").

## RECITALS

WHEREAS, CSPA commenced this action with the filing of its Complaint, on June 9, 2014;

WHEREAS, by letter dated September 26, 2014, CSPA asked Dragon to waive service of summons; and Dragon executed a Waiver of Service of Summons on September 29, 2014;

WHEREAS, the Court issued its June 9 Order, which by its terms would require the Parties to submit their joint status report on or before November 25, 2014;

WHEREAS, the Parties have been engaged in discussions aimed at resolving this dispute, and those discussions have been productive;

WHEREAS, in light of the substantial progress the Parties have made towards settlement, the Parties believe it would minimize the burden on the Court and conserve the Parties' resources to defer the preparation, submission and consideration of the joint status report for a short time;

WHEREAS, consistent with the progress towards settlement, the Parties have stipulated and agreed to extend Dragon's deadline to move, answer, or otherwise respond to the Complaint by 28 days, to and including December 23, 2014, pursuant to Local Rule 144(a); and

WHEREAS, the Parties believe that by late January, they should either have reached a settlement of this matter or have determined that they will be unable to agree upon terms of a settlement in the present posture of the dispute such that it would then be appropriate to return to a normal litigation posture.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their respective undersigned counsel, and subject to the approval of the Court, that the Parties will continue working to resolve this dispute through settlement. To the extent the Parties have not by then already submitted a proposed consent decree or other settlement paper to the Court, the Parties'

/ / /

/ / /

/ / /

deadline to submit a joint status report as contemplated by the Court's June 9 Order shall be extended to and including January 23, 2015.

Dated: November 20, 2014        VINSON & ELKINS LLP

By: /s/ Michael L. Charlson
    Michael L. Charlson

Attorneys for Defendant
DRAGON ESP, LTD.

Dated: November 20, 2014        LOZEAU DRURY LLP

By: /s/ Douglas J. Chermak (as authorized on November 20, 2014)
    Douglas J. Chermak

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**ORDER**

Pursuant to stipulation of the Parties and for good cause shown, it is HEREBY ORDERED that the Parties' deadline to submit a joint status report as contemplated by the Court's June 9 Order be, and hereby is, extended to and including January 23, 2015 unless the Parties have by that date submitted proposed consent decree or other paper reflecting settlement of this action.

IT IS SO ORDERED.

Dated: November 20, 2014

Troy L. Nunley
United States District Judge