MICHAEL L. CHARLSON (SBN 122125)
  mcharlson@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105-2763
Telephone:  (415) 979-6900
Facsimile: (415) 651-8786

Attorney for Defendant
DRAGON ESP, LTD.


DOUGLAS J. CHERMAK (SBN 233382)
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, California 94607
Telephone: (510) 836-4200
Facsimile: (513) 836-4205

Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE , a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGON ESP LTD., a corporation,<br><br>Defendant. | Case No.  2:14-CV-01380-TLN-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Assigned to: District Judge Troy L. Nunley |

Plaintiff California Sportfishing and Protection Alliance ("CSPA") and Defendant Dragon Products ESP, Ltd. ("Dragon") (together, the "Parties"), through their respective counsel of record, hereby stipulate to, and seek the Court's approval of, an order extending time for Dragon to move, answer, or otherwise respond to CSPA's Complaint for Declaratory and Injunctive Relief and Civil Penalties (the "Complaint").

/ / /

**RECITALS**

WHEREAS, CSPA commenced this action with the filing of its Complaint on June 9, 2014;

WHEREAS, by letter dated September 26, 2014, CSPA asked Dragon to waive service of summons; and Dragon executed a Waiver of Service of Summons on September 29, 2014;

WHEREAS, the Parties have been engaged in discussions aimed at resolving this dispute;

WHEREAS, those discussions have been productive and are ongoing;

WHEREAS, consistent with the progress towards settlement, the Parties previously stipulated and agreed to extend Dragon's deadline to move, answer, or otherwise respond to the Complaint by 28 days, to and including December 23, 2014, pursuant to Local Rule 144(a);

WHEREAS, consistent with the progress towards settlement, the Parties stipulated and agreed and the Court has so ordered that the Parties' time to submit a joint status report is extended to and including January 23, 2014;

WHEREAS, in light of the substantial progress the Parties have made towards settlement, the Parties believe it would minimize the burden on the Court and conserve the Parties' resources to defer the preparation and submission of Dragon's response to the Complaint for a short additional amount of time;

WHEREAS, the Parties believe that by late January, they should either have reached a settlement of this matter or have determined that they will be unable to agree upon terms of a settlement in the present posture of the dispute such that it would then be appropriate to return to a normal litigation posture; and

WHEREAS, the Parties do not anticipate seeking any further extension of Dragon's deadline to move, answer, or otherwise respond to the Complaint in the event a settlement is not reached, and instead expect that Dragon would, in that event, respond to the Complaint at the expiration of the extension sought by this Stipulation.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their respective undersigned counsel, and subject to the approval of the Court, that the Parties will continue working to resolve this dispute through settlement.  To the extent the Parties

have not by then already submitted a proposed consent decree or other settlement paper to the Court, Dragon's deadline to move, answer, or otherwise respond to the Complaint is extended to and including January 23, 2015.

Dated:  December 16, 2014	VINSON & ELKINS LLP

By: /s/ Michael L. Charlson
    Michael L. Charlson

Attorneys for Defendant
DRAGON ESP, LTD.

Dated:  December 16, 2014	LOZEAU DRURY LLP

By: /s/ Douglas J. Chermak (as authorized on December 16, 2014)
    Douglas J. Chermak

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## **ORDER**

Pursuant to stipulation of the Parties and for good cause shown, it is HEREBY ORDERED that Dragon's deadline to respond to the Complaint be, and hereby is, extended to and including January 23, 2015 unless the Parties have by that date submitted a proposed consent decree or other paper reflecting settlement of this action (in which event a response to the Complaint shall not be necessary pending any required Court action on the proposed settlement).

IT IS SO ORDERED.

Dated:  December 17, 2014

_____
Troy L. Nunley
United States District Judge