MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DRAGON ESP LTD., a corporation.<br><br>　　　　　Defendant. | Case No. 2:14-cv-01380-TLN-AC<br><br>**NOTICE OF SETTLEMENT; ORDER**<br><br>**[L.R. 160 and FRCP 16]** |

　　　　PLEASE TAKE NOTICE pursuant to Local Rule 160(a) that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

　　　　PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

1  Such notice will be mailed to the agencies by January 30, 2015, at the very latest.  The regulatory
2  agencies' review period will thus end by approximately March 26, 2015 (allowing forty-five days for
3  agency review and approximately ten days for mailing time).  If any of the reviewing agencies object
4  to the proposed agreement, the parties would require additional time to meet and confer and attempt
5  to resolve the agencies' concerns.

   Local Rule 160(b) requires the Court to fix a date upon which the documents disposing of the action must be filed within 21 days of this notice absent good cause.  Given the statutorily mandated 45-day review period, good cause exists to set March 26, 2015, as the date by which a Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void must be filed.

Dated: January 23, 2015            Respectfully submitted,

                                   LOZEAU DRURY LLP


                            By:    *Douglas J. Chermak*
                                   Douglas J. Chermak
                                   Attorney for Plaintiff
                                   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**IT IS SO ORDERED.**


Dated:  January 23, 2015


                                   _____
                                   Troy L. Nunley
                                   United States District Judge