Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>DRAGON ESP LTD., a corporation,<br><br>          Defendant. | Case No. 2:14-cv-01380-TLN-AC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; ORDER GRANTING DISMISSAL <u>WITH PREJUDICE</u>**<br>**[FRCP 41(a)(2)]** |

WHEREAS, on March 27, 2014, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Dragon ESP LTD. ("Dragon") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on June 9, 2014, CSPA filed its Complaint against Dragon in this Court, *California Sportfishing Protection Alliance v. Dragon ESP LTD.,* Case No. 2:14-cv-01380-TLN-AC. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Dragon, through their authorized representatives and without either adjudication of CSPA's claims or admission by Dragon of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A

1  copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered
2  into by and between CSPA and Dragon is attached hereto as Exhibit 1 and incorporated by reference.
3      WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt
4  requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth
5  at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the
6  Court indicating that they have no objection to the terms of the Settlement Agreement.
7      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
8  parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice.
9  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In
10 accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court
11 maintain jurisdiction over the parties through December 16, 2016, for the sole purpose of resolving
12 any disputes between the parties with respect to enforcement of any provision of the Settlement
13 Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement
14 initiated prior to December 16, 2016, or until the completion of any payment or affirmative duty
15 required by the Settlement Agreement.
16     This Dismissal may be pled as a full and complete defense to, and may be used as the basis
17 for an injunction against any lawsuit which may be filed in breach of the Settlement Agreement.

Dated: March 19, 2015            Respectfully submitted,

                                 LOZEAU DRURY LLP

                                 By:    /s/ Douglas J. Chermak_____
                                        Douglas J. Chermak
                                        Attorneys for Plaintiff California Sportfishing
                                        Protection Alliance


                                 VINSON & ELKINS LLP

                                 By:    Michael L. Charlson (as authorized on 3/19/15) __
                                        Michael L. Charlson
                                        Attorneys for Defendant
                                        Dragon ESP LTD.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Dragon ESP LTD., as set forth in the Notice and Complaint filed in Case No. 2:14-cv-01380-TLN-AC, are hereby dismissed with prejudice consistent with the terms of the Settlement Agreement that is attached hereto as Exhibit 1.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 16, 2016, for the sole purpose of resolving any disputes between the parties with respect to any provision of the Settlement Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement initiated prior to December 16, 2016, or until the completion of any payment or affirmative duty required by the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 27, 2015

_____
Troy L. Nunley
United States District Judge